**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ELECTRONIC PRIVACY INFORMATION
CENTER,

      *Plaintiff*,

  v.

INTERNAL REVENUE SERVICE,

      *Defendant*.

Civil Action No. 18-902 (TJK)

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motions to Dismiss, ECF No. 21, is **GRANTED IN PART**, to the

extent the complaint asserts a claim for disclosure of tax returns, or any records other than return

information necessary to permit inspection of any accepted offer-in-compromise, and **DENIED**

in all other respects. It is further **ORDERED** that by January 7, 2022, the parties shall file a

joint status report concerning how they wish to proceed.

      **SO ORDERED.**

                         /s/ Timothy J. Kelly
                         TIMOTHY J. KELLY
                         United States District Judge

Date: December 3, 2021